B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **Heritage Crystal Springs I, LLC**                                     Case No. _____

_____ Debtor(s)          Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Borough of Parksburg<br>315 West First Avenue<br>Building 1<br>Parkesburg, PA 19365 | Borough of Parksburg<br>315 West First Avenue<br>Building 1<br>Parkesburg, PA 19365 | | | 50,000.00 |
| Borough of Parksburg<br>315 West First Avenue,<br>Building 1<br>Parkesburg, PA 19365 | Borough of Parksburg<br>315 West First Avenue, Building 1<br>Parkesburg, PA 19365 | | | 6,536.96 |
| CJL Realty Management, LLC<br>865 Easton Road, Suite 250<br>Warrington, PA 18976 | CJL Realty Management, LLC<br>865 Easton Road, Suite 250<br>Warrington, PA 18976 | | | 35,959.62 |
| Depallo Design and Planning,<br>LLC<br>320 Fayette Street<br>Conshohocken, PA 19428 | Depallo Design and Planning, LLC<br>320 Fayette Street<br>Conshohocken, PA 19428 | | | 1,030.00 |
| DL Howell Engineering &<br>Land Planning<br>1250 Wright's Lane<br>West Chester, PA 19380 | DL Howell Engineering & Land<br>Planning<br>1250 Wright's Lane<br>West Chester, PA 19380 | | | 103,365.87 |
| Ebert Engineering, Inc.<br>P.O. Box 540<br>4092 Skippack Pike, Suite 202<br>Skippack, PA 19474 | Ebert Engineering, Inc.<br>P.O. Box 540<br>4092 Skippack Pike, Suite 202<br>Skippack, PA 19474 | | | 10,702.38 |
| McMahon Associates, Inc.<br>425 Commerce Drive, Suite<br>250<br>Fort Washington, PA 19034 | McMahon Associates, Inc.<br>425 Commerce Drive, Suite 250<br>Fort Washington, PA 19034 | | | 12,496.19 |
| Seth Bacon Soil & Weland<br>Consulting<br>1113 Grandview Circle<br>Pottstown, PA 19465 | Seth Bacon Soil & Weland Consulting<br>1113 Grandview Circle<br>Pottstown, PA 19465 | | | 1,800.00 |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Heritage Crystal Springs I, LLC**                          Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Heritage Hills Country Club, Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **3/1/11**              Signature   **/s/ Richard R. Carroll, Jr.**

                                          **Richard R. Carroll, Jr.**
                                          **President of Heritage Hills Country Club, Sole Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.